EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Roberto Febry Martínez | 2017 TSPR 65<br><br>197 DPR ____ |

Número del Caso: TS-7731

Fecha: 27 de abril de 2017

Abogados del peticionario:

> Lcdo. Virgilio Mainardi Peralta
> Lcdo. José A. Rivera Rodríguez

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | | |
|---|---|---|
| Roberto Febry Martínez | TS-7731 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de abril de 2017.

Luego de examinar la *Respetuosa Solicitud de Reinstalación* del 17 de abril de 2017, se ordena la reinstalación del Sr. Roberto Febry Martínez al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo